**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**STEVEN RAY WOOD**                                                        **PLAINTIFF**
**ADC #181264**

**V.**                                    **NO. 4:24-cv-00361-BRW**

**JAMES GIBSON**                                                    **DEFENDANT**

## ORDER

I have received a Recommendation from Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, Mr. Wood's timely objections, as well as a de novo review of the record, I approve and adopt the Recommendation in all respects.

Warden Gibson's motion to dismiss (*Doc. 6*) is GRANTED. Mr. Wood's complaint is DISMISSED, without prejudice, based on his failure to state a plausible constitutional claim for relief.

The Clerk is directed to close this case.

IT IS SO ORDERED, this 28th day of June, 2024.

                                                             <u>Billy Roy Wilson</u>_____
                                                             UNITED STATES DISTRICT JUDGE