IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEVEN RAY WOOD**     **PLAINTIFF**
**ADC #181264**

V.     NO. 4:24-cv-00361-BRW

**JAMES GIBSON**     **DEFENDANT**

## JUDGMENT

Consistent with today's order, this case is DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 28th day of June, 2024.


           Billy Roy Wilson_____
           UNITED STATES DISTRICT JUDGE